IN RE: 15-0581-B
JASON ROWELL V. FIRETROL PROTECTION SYSTEMS , INC.

To Whom it May Concern,

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/11/2015 11:32:56 AM
CATHY S. LUSK
Clerk

I received on Friday, 5/8/15, notice that an accelerated appeal had been filed in the matter listed above. I received on Monday, 5/11/15, notice that Mr. Rowell was no longer proceeding pro se and is now represented by Mr. Niles Illich.  I have not received payment for said appeal and therefore have not produced the record.

If there are any additional questions that you may have, please feel free to contact me.

Sincerely,
Cassie Condrey, CSR
100 North Broadway Avenue
Room 212
Tyler, Texas  75702
(903) 975-4331